UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GARY RAHMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY, et al.,<br><br>　　　　Defendants. | Case No.  4:16-cv-03333-SBA<br><br>**SCHEDULING ORDER FOR TELEPHONIC CASE MANAGEMENT CONFERENCE** |

　　　　This action having been assigned to the Honorable Saundra Brown Armstrong,

　　　　IT IS ORDERED that this action is assigned to the Case Management Program and shall be governed by Civil L.R. 16-2.  The dates listed in the Order Setting Initial Case Management Conference remain in effect except that the initial Case Management Conference is rescheduled to September 21, 2016, at 2:30 p.m. via telephone.

　　　　Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 879-3550.  (No party shall contact chambers directly without prior authorization of the court.)

　　　　Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program.  Following service, the party causing the service shall file a certificate of service with the Clerk of Court. The parties are advised to review the Court's Standing Orders, which are posted on the Court's website - http://www.cand.uscourts.gov/sbaorders.

Dated: June 21, 2016

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge