UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GARY RAHMER, Private Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY AKA COUNTY OF LAKE, LAKE COUNTY DEPARTMENT OF COUMMUNITY DEVELOPMENT, MICHAEL PENHALL, in his private capacity, DOES 1-20 inclusive,<br><br>Defendants. | Case No:  C 16-03333 SBA<br><br>**ORDER OF DISMISSAL** |

Having received the parties' Stipulation for Voluntary Dismissal, see Dkt. 22,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice.  Each party is to bear its own costs and fees.  The Clerk shall terminate all pending matters and close the file.

IT IS SO ORDERED.

Dated:  3/15/17

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge